IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JONATHAN SANTIAGO-ORTIZ<br>**2) ONIX RICARDO VARGAS-RAMOS**<br><br>Defendants | CRIMINAL 06-0288CCC |

## O R D E R

Having considered the Report and Recommendation filed on February 12, 2007 **(docket entry 35**) on a Rule 11 proceeding of defendant Onix Ricardo Vargas-Ramos held before Magistrate Judge Marcos E. López on February 6, 2007, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Onix Ricardo Vargas-Ramos is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 6, 2007.  The **sentencing hearing is set for May 16, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on February 16, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge